1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CINDY SUA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00052 DLB
                                    )
12              Plaintiff,          )   WAIVER OF DEFENDANT'S PERSONAL
                                    )   PRESENCE AT PRETRIAL PROCEEDINGS;
13         v.                       )   ORDER
                                    )
14 CINDY SUA,                       )
                                    )
15              Defendant.          )   Hon. Dennis L. Beck
                                    )
16 _____     )

17

18     The undersigned defendant, Cindy Sua, having been advised of her right to be present in person in

19 open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not

20 limited to, arraignment and/or initial appearance, plea, status conference, motions hearing, when the case

21 is ordered set for trial, when a continuance is ordered, entry of plea, trial, and imposition of sentence,

22 hereby waives the right to be present at said hearings, and requests the court to allow her attorney to make

23 such appearances on her behalf and to request the Court to set a motions schedule and/or schedule the

24 matter for trial or such hearings as may be appropriate at a time mutually convenient to the court and

25 counsel.  Defendant further hereby requests the court to proceed during every absence of her's which the

26 court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times

27 by the presence of her attorney, the same as if defendant were personally present.

28 ///

Defendant makes this request because she resides in Madera, California, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: April 2, 2008

/s/ Cindy Sua
CINDY SUA, Defendant

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: April 18, 2008

/s/ Dennis L. Beck
DENNIS L. BECK, Magistrate Judge
Eastern District of California